

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-23-00500-CV

**IN RE** Denise **STOUTE**

Original Proceeding[1]

PER CURIAM

Sitting:    Rebeca C. Martinez, Chief Justice
            Luz Elena D. Chapa, Justice
            Liza A. Rodriguez, Justice

Delivered and Filed: June 28, 2023

PETITION FOR WRIT OF MANDAMUS DENIED

On May 11, 2023, relator filed a petition for writ of mandamus. After considering the petition and this record, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2019-CI-16836, styled *Robert L. Marshall, II, Marshall Shredding, LLC, and MedSharps, LLC v. William H. Jewett, III, v. Colton Read, Grueni Shredding, LLC, Randy De La Rosa, Reliable Waste Services, LLC, and Trident Waste Services, LLC v. Denise Stoute*, pending in the 150th Judicial District Court, Bexar County, Texas, the Honorable David A. Canales presiding.